NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

STACY CARSON AND AMY CARSON,
AS LEGAL GUARDIANS FOR KIT CARSON,
*Petitioners-Appellants,*

v.

SECRETARY OF HEALTH AND HUMAN
SERVICES,
*Respondent-Appellee.*

---

2010-5089

---

Appeal from the United States Court of Federal Claims in case no. 02-VV-873, Judge Mary Ellen Coster Williams.

---

## ORDER

The court notes that the parties have not filed a status report.

The court's February 3, 2011 order directed the Secretary to inform this court within 30 days of the disposition of *Cloer* how this appeal should proceed.

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary is directed to file a status report within 14 days of the date of filing of this order. The appellants may also respond within that time.

FOR THE COURT

DEC 2 1 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David P. Matthews, Esq.
Heather L. Pearlman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2012

JAN HORBALY
CLERK